FILED

SEP - 8 2008

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | ED 08-292 M |
| v. | |
| Gasaway, Ronnie | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing
is set for ___Wednesday   9/10/08___, at ___2:00___ ☐ a.m. / ☒ p.m. before the
Honorable ___Robert N Block___, in Courtroom ___6B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_____*(Other custodial officer)*_____

Dated: ___9/8/08___          _____ **ROBERT N. BLOCK**
                                      U.S. District Judge/Magistrate Judge